**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1328

_____

HEYDI LORENA RECINOS-ECHEVERRIA; D.A.D.,

　　　　Petitioners,

　　　v.

LORETTA E. LYNCH, Attorney General,

　　　　Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals.

_____

Submitted:　October 28, 2016　　　　Decided:　November 8, 2016

_____

Before SHEDD and WYNN, Circuit Judges, and DAVIS, Senior Circuit
Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Timothy W. Davis, LAW OFFICE OF TIMOTHY W. DAVIS, LLC, Baltimore,
Maryland, for Petitioners.　Benjamin C. Mizer, Principal Deputy
Assistant Attorney General, Andrew M. O'Malley, Senior Litigation
Counsel, Surell Brady, Office of Immigration Litigation, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Heydi Lorena Recinos-Echeverria and her minor child, natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the immigration judge's denial of Recinos-Echeverria's requests for asylum, withholding of removal, and protection under the Convention Against Torture.

We have thoroughly reviewed the record, including the transcript of Recinos-Echeverria's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, see INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Recinos-Echeverria (B.I.A. Mar. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2